**EXHIBIT A**

# BURSOR & FISHER
P.A.

**888 SEVENTH AVENUE**
**3ʳᵈ FLOOR**
**NEW YORK, NY 10019**
**www.bursor.com**

**ANDREW J. OBERGFELL**
Tel: **646.837.7129**
Fax: **212.989.9163**
aobergfell@bursor.com

November 12, 2021

<u>*Via Federal Express and Email*</u>

Pfizer Inc.
235 East 42nd Street
New York, NY 10017
c/o DLA Piper LLP (US)

Re:   Notice and Demand Letter Pursuant to U.C.C. § 2-607;
       And all other relevant state and local laws

To Whom It May Concern:

This letter serves as a preliminary notice and demand for corrective action by Pfizer Inc. ("Pfizer") pursuant to U.C.C. § 2-607(3)(a) concerning breaches of express and implied warranties – and violations of state consumer protection laws – related to our client, Doug Houghton, and a class of all similarly situated purchasers (the "Class") of contaminated Chantix® ("Chantix" or the "Product") medication manufactured by Pfizer.

Our client was prescribed and purchased Chantix, a medication containing the active-ingredient varenicline, manufactured by Pfizer. Our client's Chantix was defective in that it contained elevated levels of N-nitroso-varenicline, a carcinogenic impurity. On July 2, 2021, the FDA issued an alert to patients and healthcare professionals as to Pfizer's recall of nine lots of Chantix to the warehouse level due to the presence of "a nitrosamine impurity, called N-nitroso-varenicline, above FDA's acceptable intake limit."[1] On July 19, 2021, Pfizer expanded its recall to twelve lots of Chantix "due to the presence of N-nitroso-varenicline above the company's acceptable limit for this impurity."[2] On September 16, 2021, Pfizer expanded the recall once again to "all lots of Chantix 0.5 mg and 1 mg Tablets to the patient (consumer/user) level due to the presence of a nitrosamine, N-nitroso-varenicline, at or above the FDA interim acceptable intake limit." This defect rendered the Product unusable and unfit for human consumption. In short, the Chantix medications that our client and the Class purchased are worthless, as they contain N-nitroso-varenicline, rendering them unusable and unfit for human consumption. Pfizer violated express and implied warranties made to our client and the Class regarding the quality and safety of the Chantix they purchased. *See* U.C.C. §§ 2-313, 2-314. Pfizer represented to Plaintiff and Class members that the Chantix medication they purchased would only contain the ingredients stated on the label, and not unnamed harmful carcinogens, to wit N-nitroso-

---

[1] https://www.fda.gov/drugs/drug-safety-and-availability/fda-updates-and-press-announcements-nitrosamine-varenicline-chantix (last visited 8/5/21).
[2] https://www.fda.gov/drugs/drug-safety-and-availability/fda-updates-and-press-announcements-nitrosamine-varenicline-chantix (last visited 8/10/21).

BURSOR & FISHER
P.A.

PAGE 2

varenicline.  Further, because the Chantix medication purchased by our client and Class members was contaminated and recalled, the Product was unmerchantable as sold.

On behalf of our client and the Class, we hereby demand that Pfizer immediately make full restitution to all purchasers of the defective Chantix of all purchase money obtained from sales thereof.

We also demand that Pfizer preserve all documents and other evidence which refers or relates to any of the above-described practices including, but not limited to, the following:

1. All documents concerning the packaging, labeling, and manufacturing process for Pfizer's Chantix;

2. All documents concerning the design, development, supply, production, extraction, and/or testing of Chantix;

3. All nitrosamine testing of Chantix;

4. All documents concerning the pricing, advertising, marketing, and/or sale of Chantix;

5. All communications with customers involving complaints or comments concerning Chantix;

6. All documents concerning communications with any retailer involved in the marketing or sale of Chantix;

7. All documents concerning communications with federal, state or international regulators; and

8. All documents concerning the total revenue derived from sales of Chantix.

If you contend that any statement in this letter is inaccurate in any respect, please provide us with your contentions and supporting documents immediately upon receipt of this letter.

Please contact me right away if you wish to discuss an appropriate way to remedy this matter.  If I do not hear from you promptly, I will take that as an indication that you are not interested in doing so.

Very truly yours,

*Andrew J. Obergfell*

Andrew J. Obergfell